# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0185. ANYTIME BAIL BONDING, INC. v. STATE OF GEORGIA.**

Anytime Bail Bonding, Inc. posted an appearance bond for Diego Antonio Ortiz Gonzalez following his arrest for driving while license suspended. Gonzalez failed to appear for his arraignment, and the trial court entered an order stating that the bond was forfeited and scheduling a hearing as to whether final judgment should be entered on the forfeited bond and execution issued. Anytime then filed a Motion to Relieve Surety of Liability under OCGA § 17-6-31 (3), arguing that it should be released from liability because the State failed to try Gonzalez within one year. The trial court denied Anytime's motion, and Anytime filed this direct appeal. We, however, lack jurisdiction.

The order Anytime seeks to appeal is not final, as this action remains pending before the trial court. Consequently, Anytime was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order denying its Motion to Relieve Surety of Liability. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Anytime's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Boyd*, 191 Ga. App. at 435.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   *04/07/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*, Clerk.* *Stephen E. Castlen*